**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>PLAINTIFF(S)<br>v.<br>TP−LINK CORPORATION PTE LIMITED , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>8:26−cv−02368−GW−DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| Date Filed | Document Number | Title of Document |
|---|---|---|
| 8/24/2026 | 6−11 | Request for Summons |

Deficiencies:

Summons caption does not match the complaint verbatim. If party names do not fit in caption space provided, enter only the name of the first party and write "see attached," then attach a face page of complaint or addendum to summons.

*Other Deficiencies:*

The summons will not be issued until the deficiencies have been corrected. Please correct the deficiencies and re-file your summons request.

Clerk, U.S. District Court

Date: September 4, 2026

By: */s/ Jenny Lam (Jenny_Lam@cacd.uscourts.gov)*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**