<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.: 4956-7</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td colspan="4">Plaintiff: Wilus Institute of Standards and Technology Inc.,<br>Defendant: TP-Link Corporation PTE Limited, et al.</td></tr>
<tr><td>PROOF OF SERVICE</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>8:26-cv-02368</td></tr>
</table>

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Disclosure Statement [Fed. R. Civ. P. 7.1(A)]; Civil Cover Sheet; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3. *a. Party served:* TP-Link Systems, Inc.
   *b. Person served:* Deyi Shu Secretary - Chief Financial Officer

4. *Address where the party was served:* 10 Mauchly, Irvine, CA 92606

5. *I served the party:*
   a. **by substituted service.** On: Tue, Sep 08 2026 at: 04:17 PM by leaving the copies with or in the presence of: Maple Qiang, Engineer, Person Apparently in Charge, authorized to accept served under F.R.C.P. Rule 4.

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4956-7 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* Wilus Institute of Standards and Technology Inc.,<br>*Defendant:* TP-Link Corporation PTE Limited, et al. | | |

| | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:26-cv-02368 |

6. ***Person Who Served Papers:***
   a. Theophilus Taylor (6766, Orange County )
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee*** *for Service was:* $182.73
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/09/2026 (Date)

(Signature)

| Attorney or Party without Attorney: Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4956-7 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Wilus Institute of Standards and Technology Inc.,<br>Defendant: TP-Link Corporation PTE Limited, et al. | | | | |
| **PROOF OF SERVICE<br>By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:26-cv-02368 |

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Complaint For Patent Infringement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Disclosure Statement [Fed. R. Civ. P. 7.1(A)]; Civil Cover Sheet; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Sep 9, 2026
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: TP-Link Systems, Inc.
   10 Mauchly, Irvine, CA 92606
   Attn: Deyi Shu Secretary - Chief Financial Officer

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Sep 9, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
   1517 W. Beverly Boulevard
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee*** *for Service was:*
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

09/09/2026
*(Date)*

*(Signature)*