Name and address:
Reza Mirzaie SBN 246953
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Wilus Institute of Standards and Technology Inc.

Plaintiff(s)

v.

TP-Link Corporation PTE Limited, TP-Link Technologies Co., Ltd., TP-Link Corporation Limited, TP-Link Lianzhou Co., Ltd., TP-Link Systems, Inc., Lianzhou International Co., Ltd.

Defendant(s).

CASE NUMBER

8:26-cv-02368-CAS-DFMx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Paladino, Mackenzie
*Applicant's Name (Last Name, First Name & Middle Initial)*

3108267474
*Telephone Number*

3108266991
*Fax Number*

mpaladino@raklaw.com
*E-Mail Address*

of

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Wilus Institute of Standards and Technology Inc.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Mirzaie, Reza
*Designee's Name (Last Name, First Name & Middle Initial)*

246953
*Designee's Cal. Bar No.*

3108267474
*Telephone Number*

3108266991
*Fax Number*

rmirzaie@raklaw.com
*E-Mail Address*

of

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**