HOLLAND & KNIGHT LLP
Kristopher L. Reed (SBN 235518)
kris.reed@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 964-9500
Fax: (214) 964-9501

Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK CORPORATION PTE LIMITED, TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK LIANZHOU CO., LTD., TP-LINK SYSTEMS, INC., LIANZHOU INTERNATIONAL CO., LTD.,<br><br>Defendants. | Case No. 8:26-CV-02368-CAS-DFM<br><br>**NOTICE OF APPEARANCE** |

Kristopher L. Reed of Holland & Knight LLP hereby appears as counsel for Defendants, TP-Link Corporation PTE Limited, TP-Link Corporation Limited, TP-Link Lianzhou Co., Ltd., TP-Link Systems, Inc., and Lianzhou International Co., Ltd. in this action and respectfully requests to be included on the ECF service list and to receive notices from the Court.

Dated: September 29, 2026

Respectfully submitted,

By: */s/ Kristopher L. Reed*

Kristopher L. Reed (SBN 235518)
kris.reed@hklaw.com
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 964-9500
Fax: (214) 964-9501

*Attorney for Defendants*