HOLLAND & KNIGHT LLP
Kristopher L. Reed (CA Bar No. 235518)
kris.reed@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 964-9500

Attorney for Defendant
TP-LINK SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK CORPORATION PTE LIMITED, TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK LIANZHOU CO., LTD., TP-LINK SYSTEMS, INC., LIANZHOU INTERNATIONAL CO., LTD.,<br><br>Defendants. | Case No. 8:26-CV-02368-CAS-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Waiver Requested: September 17, 2026<br>Current Response Date: Nov. 16, 2026<br>New Response Date: December 16, 2026 |

Under Federal Rule of Civil Procedure 6(b) and L.R. 8-3, Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendant TP-Link Systems, Inc. ("TP-Link Systems") hereby stipulate to extend the time for TP-Link Systems to respond to Wilus's initial complaint by 30 days based on the following facts:

1. Wilus filed its complaint on August 24, 2026. (Dkt. 1.).

2. Wilus served TP-Link Systems with a notice and request to waive service of summons on September 17, 2026.

3. All Defendants who have received a notice and request to waive service to date, including TP-Link Systems, have agreed to waive service. The Waiver of Service of Summons states that "I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after Sept. 17, 2026, or within 90 days after that date if the request was sent outside the United States. *See* Fed. R. Civ. P. 4(d)(3) ("A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent—or until 90 days after it was sent to the defendant outside any judicial district of the United States.").

4. TP-Link Systems' current deadline to respond to the complaint is therefore November 16, 2026 (*i.e.*, <u>60</u> days after the wavier was requested on September 17, 2026). The other Defendants who have waived service are entities residing outside of the United States, and their collective deadline to respond to the complaint is therefore December 16, 2026 (*i.e.*, <u>90</u> days after the wavier was requested).

5. Wilus and TP-Link Systems have agreed to extend TP-Link Systems' time to respond to the complaint by 30 days to December 16, 2026, so that all Defendants who have waived service have the same deadline for responding to the complaint.

6. Wilus and TP-Link Systems have not stipulated to any prior extensions of time in this action.

THEREFORE, Wilus and TP-Link Systems stipulate that the date by which TP-Link Systems must respond to Wilus' complaint is extended to **December 16, 2026**.

**IT IS SO STIPULATED.**

Dated: September 29, 2026

**HOLLAND & KNIGHT LLP**

By: */s/ Kristopher L. Reed*
Kristopher L. Reed (SBN 235518)

*Attorney for Defendant*
*TP-LINK SYSTEMS, INC.*

Dated: September 29, 2026

**RUSS AUGUST & KABAT**

By: */s/ James S. Tsuei*
James S. Tsuei (SBN 285530)

*Attorney for Plaintiff*
*WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.*

## CERTIFICATE OF ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 29, 2026

**HOLLAND & KNIGHT LLP**

By: */s/ Kristopher L. Reed*
Kristopher L. Reed (SBN 235518)

*Attorney for Defendant*
*TP-LINK SYSTEMS, INC.*