HOLLAND & KNIGHT LLP
Kristopher L. Reed (SBN 235518)
kris.reed@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 964-9500

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK CORPORATION PTE LIMITED, TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK LIANZHOU CO., LTD., TP-LINK SYSTEMS, INC., LIANZHOU INTERNATIONAL CO., LTD.,<br><br>Defendants. | Case No. 8:26-CV-02368-CAS-DFM<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1-1, the undersigned counsel of record for Defendants TP-Link Systems Inc., TP-Link Corporation PTE Limited, TP-Link Corporation Limited, Lianzhou International Co., Ltd., and TP-Link Lianzhou Co., Ltd. certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

TP-Link Systems Inc. is wholly owned by Diamond Creek Corporation, which is wholly owned by JH-1 Zhao Holdings LLC.

TP-Link Corporation PTE Limited is wholly owned by TP-Link Systems Inc.

TP-Link Corporation Limited is wholly owned by TP-Link Corporation PTE Limited.

Lianzhou International Co., Ltd. is wholly owned by TP-Link Corporation Limited.

TP-Link Lianzhou Co., Ltd. is the former name of Lianzhou Technologies Co., Ltd., which has no parent company.

None of TP-Link Systems Inc., TP-Link Corporation PTE Limited, TP-Link Corporation Limited, Lianzhou International Co., Ltd., or TP-Link Lianzhou Co., Ltd. (presently known as Lianzhou Technologies Co., Ltd.) has a publicly held corporation that owns 10% or more of its stock.

Dated: September 29, 2026

**HOLLAND & KNIGHT LLP**

By: */s/ Kristopher L. Reed*
Kristopher L. Reed (SBN 235518)

*Attorney for Defendants*